

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00249-CV

| | | |
|---|---|---|
| MATTHEW SHANE WAGNER, Appellant | § | On Appeal from the 367th District Court |
| | § | |
| V. | | of Denton County (14-03101-367) |
| | § | |
| | | January 16, 2020 |
| | § | |
| LORETTA GALE DAVIS, Appellee | | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and we vacate the trial court's order.

It is further ordered that appellee Loretta Gale Davis shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
      Chief Justice Bonnie Sudderth